JACOB ROSENTHAL, RESPONDENT, v. JOSEPH ENGEL, APPELLANT.

Submitted May 31, 1929—Decided February 3, 1930.

For the respondent, *David L. Litwin.*

For the appellant, *Cohen & Klein.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, PARKER, BLACK, CAMPBELL, CASE, BODINE, VAN BUSKIRK, McGLENNON, KAYS, HETFIELD, DEAR, JJ. 12.

*For reversal*—None.